PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jimmy Mack  Cr.: 09-00736-001
PACTS #: 55037

Name of Sentencing Judicial Officer:   JUDGE DESIGNEE (FOR THE HONORABLE DENNIS M. CAVANAUGH)

Date of Original Sentence: 01/25/2010

Original Offense: 18:1029(b)(2); Conspiracy to Commit Fraud in Connection with Access Devices

Original Sentence: 58 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Alcohol Treatment, Mental Health Treatment, DNA testing, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release   Date Supervision Commenced: 11/07/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On February 26, 2016, Mack tested positive for benzoylecgonine (cocaine metabolite). On April 21, 2016, Mack's drug test results reported that the "quanity not sufficient for confirmation of benzolecgonine – cocaine metabolite, extended opiates (4), oxycodone and/or oxymorphone." During the monitored collection of urine, Mack appeared to purposely miss the collection cup. |

U.S. Probation Officer Action:
The offender has been referred to Jersey City Medical Center for intensive outpatient treatment based on these results and his history of significant substance abuse.

Respectfully submitted,
By: Donna W Shaw
   Senior U.S. Probation Officer
Date: 06/02/2016

Prob 12A – page 2
Jimmy Mack

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that alternative action be taken as follows:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer
Esther Salas, U.S.D.J.

_____
June 14, 2016
Date